IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 09-cr-00497-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      RICK GLEN STRANDLOF
         aka RICK DUNCAN,

        Defendant.

_____

**MOTION FOR EXTENSION OF TIME FOR FILING OF *AMICUS CURIAE* BRIEFS**
_____

        Rick Strandlof, by and through his counsel, Assistant Federal Public Defender Robert Pepin, moves this Court for an additional seven days within which *amicus curiae* may file a motion for leave to file a brief regarding the issues raised by an inherent to the motion. In support of this request Mr. Strandlof offers:

        1.      Mr. Strandlof is charged with violating 18 U.S.C. Section 704(b) and (d), the statute codified as the Stolen Valor Act.

        2.      The defense filed a Motion to Dismiss (Docket # 13) asserting that the statute violates the First Amendment of the U.S. Constitution.

        3.      After considering the defense motion and the government's response, the Court issued its Order For Supplemental Briefing (Docket #20).

        4.      In its Order, the Court invited "any *amicus curiae* [to] file a motion for leave to file a brief regarding the issues raised by an inherent to the motion" on or before January 11, 2010.

5.   *Amicus curiae* have expressed interest in filing briefs to assist the Court in its analysis of the issues.

6.   Due to the timing of the Court's Order, which coincided with the holidays, *amicus curiae* will be in a better position to provide assistive perspective if they have an additional few days to file their documents.

7.   Assistant U.S. Attorney Jeremy Sibert opposes this request.

WHEREFORE, Mr. Strandlof moves this Court for an additional seven days within which *amicus curiae* may file a motion for leave to file a brief regarding the issues raised by an inherent to the motion.

        Respectfully submitted,

        RAYMOND P. MOORE
        Federal Public Defender


        s/ Robert W. Pepin
        ROBERT W. PEPIN
        Office of the Federal Public Defender
        633 - 17th Street, Suite 1000
        Denver, Colorado   80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        E-mail:  Robert_Pepin@fd.org
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 7, 2010, I electronically filed the foregoing

**MOTION FOR EXTENSION OF TIME FOR FILING OF *AMICUS CURIAE* BRIEFS**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Jeremy S. Sibert,  Assistant U.S. Attorney
  Jeremy.Sibert@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Richard Glen Strandlof
  c/o Independence House

               s/   Robert W. Pepin
               ROBERT W. PEPIN
               Assistant Federal Public Defender
               Attorney for Defendant
               633 - 17th Street, Suite 1000
               Denver, Colorado 80202
               (303) 294-7002
               (303) 294-1192
               Robert_Pepin@fd.org