IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 09-cr-00497-REB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     RICK GLEN STRANDLOF
      aka RICK DUNCAN,

       Defendant.

___

**MOTION TO ALLOW FILING OF *AMICUS CURIAE*
AS ATTACHMENT TO DEFENSE DOCUMENT**

___

Rick Strandlof, by and through his counsel, Assistant Federal Public Defender Robert Pepin, moves this Court to allow the filing of *amicus curiae* documents as attachments to a defense cover document. The reasons for this request are stated as follows:

1.     Mr. Strandlof is charged with violating 18 U.S.C. § 704(b) and (d), the statute codified as the Stolen Valor Act.

2.     The defense filed a Motion to Dismiss (Docket # 13) asserting that the statute violates the First Amendment of the U.S. Constitution.

3.     After considering the defense motion and the government's response, the Court issued its Order For Supplemental Briefing (Docket #20).

4.     In its Order, the Court invited "any *amicus curiae* [to] file a motion for leave to file a brief regarding the issues raised by an inherent to the motion" on or before January 11, 2010. The defense has asked for an extension of time for the filing of such briefs.

5. An organization based in Virginia, The Rutherford Institute, intends to file a motion for leave to file a brief regarding the issues raised by and inherent to the defense motion to dismiss. The motion will state their identity and interest in the case, will indicate whether they support granting or denying the defense's motion to dismiss, and a proposed brief will be attached.

6. The staff attorney for the Rutherford Institute, when informed of this District's electronic filing procedures, attempted to register to file electronically. He was informed that he would have to become a member of the Bar of the District of Colorado in order to register for electronic filing. Although not a herculean task, application for membership to the bar costs $160 dollars.

7. An attorney wishing to file a motion but who is not registered to file electronically can apply for permission to file in paper format as directed by Section II of the Electronic Case Filing Procedures (Criminal Cases) for the U.S. District Court for the District of Colorado. The application requires a specific form which, upon completion, must be filed in paper form with the clerk. It is then reviewed by a judicial officer designated by the Chief Judge.

8. Upon his inquiry, defense counsel was informed by the court clerks staff that should paper motions be filed without permission and by an attorney who is not a member of the Bar for the District Court for the District of Colorado those documents would be forwarded to the Court but with notice that they were filed in violation of procedure and by a non-Bar member. Counsel is unclear as to how the Court would respond to such a notification and in abundance of caution felt it best to approach the problem pro-actively.

9. Although clearly very important in most contexts, both the application for membership to the Bar, followed by registration for electronic filing, and the application to file a motion via paper, seem to be unnecessary hurdles in the instant circumstance. This seems especially so in light of this Court's invitation to friends of the court.

10. In order to avoid these procedural hurdles, defense counsel moves this Court for permission to attach the *amicus curiae* documents to a supplemental heading page and file them via his electronic filing account.

11. Assistant U.S. Attorney Jeremy Sibert does not oppose this request.

WHEREFORE, Mr. Strandlof moves this Court to allow the filing of *amicus curiae* documents as attachments to a defense cover document.

>
> Respectfully submitted,
>
> RAYMOND P. MOORE
> Federal Public Defender
>
>
> s/ Robert W. Pepin
> ROBERT W. PEPIN
> Office of the Federal Public Defender
> 633 - 17th Street, Suite 1000
> Denver, Colorado 80202
> Telephone: (303) 294-7002
> FAX: (303) 294-1192
> E-mail: Robert_Pepin@fd.org
> Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2010, I electronically filed the foregoing

**MOTION TO ALLOW FILING OF *AMICUS CURIAE*
AS ATTACHMENT TO DEFENSE DOCUMENT**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Jeremy S. Sibert, Assistant U.S. Attorney
    Jeremy.Sibert@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Richard Glen Strandlof
    c/o Independence House

                                                           s/ Robert W. Pepin
                                                          ROBERT W. PEPIN
                                                          Assistant Federal Public Defender
                                                          Attorney for Defendant
                                                          633 - 17th Street, Suite 1000
                                                          Denver, Colorado 80202
                                                          (303) 294-7002
                                                          (303) 294-1192
                                                          Robert_Pepin@fd.org