IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 09-cr-00497-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. RICK GLEN STRANDLOF,
    a/k/a Rick Duncan,

      Defendant.

## MINUTE ORDER[1]

The matter comes before the court on the defendant's **Motion for Extension of Time for Filing of *Amicus Curiae* Briefs** [#22] filed January 7, 2010. After careful review of the motion and the file,

**IT IS ORDERED** as follows:

1. That the defendant's **Motion for Extension of Time for Filing of *Amicus Curiae* Briefs** [#22] filed January 7, 2010, is **GRANTED**; and

2. That *amicus curiae* shall have an additional seven days within which to file a motion for leave to file a brief regarding the issues raised by and inherent to the motion.

Dated: January 8, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.