IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00497-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICK GLEN STRANDLOF,
   a/k/a Rick Duncan

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW James O. Hearty, Assistant United States Attorney, and enters his appearance as co-counsel for the Government in the above-captioned action.  Please include the undersigned counsel on all future correspondence, notices and pleadings in this case.

Dated this 18th day of March, 2010.

                                              Respectfully submitted,

                                              DAVID M. GAOUETTE
                                              United States Attorney

                    By:    s/James O. Hearty
                            James O. Hearty
                            Assistant U.S. Attorney
                            United States Attorney's Office
                            1225 17th Street, Suite 700
                            Denver, Colorado 80202
                            Telephone: (303) 454-0100
                            Fax: (303) 454-0406
                            E-mail:  james.hearty@usdoj.gov

                            Attorney for the United States

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of March, 2010, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Christopher P. Beall**
cbeall@lskslaw.com,mkelley@lskslaw.com,chenning@lskslaw.com

**Jonathan B. Boonin**
boonin@hbcboulder.com,chapman@hbcboulder.com,goe@hbcboulder.com

**Robert William Pepin**
Robert_Pepin@fd.org,COX_ECF@fd.org

**Jeremy S. Sibert**
Jeremy.Sibert@usdoj.gov,Valerie.Nielsen@usdoj.gov,USACO.ECFCriminal@usdoj.gov

                                              s/Valerie Nielsen
                                              VALERIE NIELSEN
                                              Legal Assistant
                                              U.S. Attorney's Office
                                              1225 Seventeenth Street, Suite 700
                                              Denver, Colorado 80202
                                              Telephone: (303) 454-0100
                                              Fax:   (303) 454-0406
                                              E-mail: valerie.nielsen@usdoj.gov